```
 1  Sheila M. Salomon Bar No. (SBN 164619)
    Andrew L. Chang Bar No. (SBN 222309)
 2  SHOOK, HARDY & BACON L.L.P.
    333 Bush Street, Suite 600
 3  San Francisco, California 94104-2828
    Telephone:   415.544.1900
 4  Facsimile:   415.391.0281
    E-mail: ssalomon@shb.com, achang@shb.com
 5
    Attorneys for Plaintiffs
 6  MAVERICK RECORDING CO.; VIRGIN RECORDS
    AMERICA, INC.; WARNER BROS. RECORDS INC.;
 7  SONY BMG MUSIC ENTERTAINMENT; UMG
    RECORDINGS, INC.; ATLANTIC RECORDING
 8  CORP.; AND BMG MUSIC
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAMES CURTIS,<br><br>    Defendant. | Case No. C 05-3848 JSW<br><br>**EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1  Plaintiffs hereby request that this court continue the case management conference scheduled
2  for January 13, 2006 at 1:30 p.m. to March 10, 2006. Plaintiffs and Defendant are still in settlement
3  proceedings and Defendant is currently collecting information necessary to resolve this matter.
4  Therefore, no pretrial scheduling or case management need be completed at this time. Plaintiffs
5  further request that all other deadlines set in this action be continued, for the same reasons, as
6  follows:
7  1) Parties are to meet and confer regarding initial disclosures, early settlement, ADR
8  process selection, and discovery plan by February 17, 2006;
9  2) Parties are to file a Joint ADR Certification with Stipulation to ADR process or
10 Notice of Need for ADR Phone Conference on February 17, 2006;
11 3) Initial disclosures and case management statements are due by March 3, 2006.

Dated: December 30, 2005

Respectfully submitted,

SHOOK HARDY & BACON L.L.P.

By: __/s/ Andrew L. Chang_____
      ANDREW L. CHANG

Attorneys for Plaintiffs
MAVERICK RECORDING CO.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; ATLANTIC RECORDING CORP.; AND BMG MUSIC

2  EX PARTE APPLICATION TO CONTINUE CMC
AND [PROPOSED] ORDER
CASE NO. C 05-3848 JSW

96788V1

**ORDER**

It is hereby ordered that the case management conference previously set for January 13, 2006 is continued to March 10, 2006 at 1:30 p.m. Parties are to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan by February 17, 2006. Parties are to file a Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference on February 17, 2006. Initial disclosures and case management statements are due by March 3, 2006.

SO ORDERED.

Date: January 9, 2006

*Jeffrey S. White*
United States District Judge