Sheila M. Salomon Bar No. (SBN 164619)
Andrew L. Chang Bar No. (SBN 222309)
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:   415.544.1900
Facsimile:    415.391.0281
E-mail: **ssalomon@shb.com**, **achang@shb.com**

Attorneys for Plaintiffs
MAVERICK RECORDING CO.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; ATLANTIC RECORDING CORP.; AND BMG MUSIC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>       Plaintiffs,<br><br>  v.<br><br>JAMES CURTIS,<br><br>       Defendant. | Case No. C 05-3848 JSW<br><br>**EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

98482V1

1  Plaintiffs hereby request that this court continue the case management conference scheduled for March 10, 2006 at 1:30 p.m. to May 5, 2006.  Defendant has not yet answered Plaintiffs complaint because the parties are still in settlement proceedings and Defendant continues to collect information necessary to resolve this matter.  Therefore, no pretrial scheduling or case management need be completed at this time.  Plaintiffs further request that all other deadlines set in this action be continued, for the same reasons, as follows:

   1)  Parties are to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan by April 21, 2006;

   2)  Parties are to file a Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference on April 21, 2006;

   3)  Initial disclosures and case management statements are due by April 28, 2006.

Dated:  February 16, 2006                  Respectfully submitted,

                                           SHOOK HARDY & BACON L.L.P.


                                           By: __/s/ Andrew L. Chang_____
                                               ANDREW L. CHANG

                                           Attorneys for Plaintiffs
                                           MAVERICK RECORDING CO.; VIRGIN RECORDS
                                           AMERICA, INC.; WARNER BROS. RECORDS INC.;
                                           SONY BMG MUSIC ENTERTAINMENT; UMG
                                           RECORDINGS, INC.; ATLANTIC RECORDING
                                           CORP.; AND BMG MUSIC

98482V1

**ORDER**

It is hereby ordered that the case management conference previously set for March 10, 2006 is continued to May 5, 2006 at 1:30 p.m. Parties are to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan by April 21, 2006. Parties are to file a Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference on April 21, 2006. Initial disclosures and case management statements are due by April 28, 2006.

SO ORDERED.

Date: February 27, 2006

_____
United States District Judge

98482V1