| | |
|---|---|
| 1 | Leemore Libesman (State Bar No. 221969) |
| 2 | HOLME ROBERTS & OWEN LLP |
| | 777 South Figueroa Street, Suite 2800 |
| 3 | Los Angeles, CA 90017-5826 |
| | Telephone: (213) 572-4300 |
| 4 | Facsimile: (213) 572-4400 |
| 5 | |
| | Attorneys for Plaintiffs |
| 6 | MAVERICK RECORDING CO.; VIRGIN |
| | RECORDS AMERICA, INC.; WARNER BROS. |
| 7 | RECORDS INC.; SONY BMG MUSIC |
| | ENTERTAINMENT; UMG RECORDINGS, INC.; |
| 8 | ATLANTIC RECORDING CORP.; and BMG |
| | MUSIC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>    Plaintiffs,<br><br>    v.<br><br>JAMES CURTIS,<br><br>    Defendant. | Case No.: C 05-3848 JSW<br><br>Honorable Jeffrey S. White<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1

*EX PARTE* APPLICATION; [PROPOSED] ORDER
Case No. C 05-3848 JSW

#1993 v1

1  Plaintiffs hereby request that this court continue the Case Management Conference scheduled
2  for May 26, 2006 at 1:30 p.m. to June 30, 2006. Defendant has not yet answered Plaintiffs'
3  complaint because the parties are still in settlement proceedings and the parties continues to collect
4  information necessary to resolve this matter. Therefore, no pretrial scheduling or case management
5  need be completed at the date scheduled. Plaintiffs further request that all other deadlines set in this
6  action be continued, for the same reasons, as follows:

7     1.   Parties are to meet and confer regarding initial disclosures, early settlement, ADR
8  process selection, and discovery plan by June 9, 2006.

9     2.   Parties are to file a Joint ADR Certification with Stipulation to ADR Process or
10  Notice of Need for ADR Phone Conference by June 9, 2006.

11     3.   Initial Disclosures, Case Management Statements and the parties' Rule 26(f) Report
12  are due by June 23, 2006.

14  Dated: May 22, 2006        HOLME ROBERTS & OWEN LLP

17  By:    /s/ Leemore Libesman
      Leemore Libesman
      Attorneys for Plaintiffs
      MAVERICK RECORDING CO.; VIRGIN
      RECORDS AMERICA, INC.; WARNER BROS.
      RECORDS INC.; SONY BMG MUSIC
      ENTERTAINMENT; UMG RECORDINGS,
      INC.; ATLANTIC RECORDING CORP.; and
      BMG MUSIC

#1993 v1

## ORDER

Good cause having been shown:

**IT IS ORDERED** that the Case Management Conference previously set for May 26, 2006, is continued to June 30, 2006 at 1:30 p.m. Parties are to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan by June 9, 2006. Parties are to file a Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference on June 9, 2006. Completion of Initial Disclosures, filing of Case Management Statements and the filing and service of the Rule 26(f) Report are due by June 23, 2006.

Dated: May 23, 2006

By: /s/ Jeffrey S. White
Honorable Jeffrey S. White
United States District Judge

3

*EX PARTE* APPLICATION; [~~PROPOSED~~] ORDER
Case No. C 05-3848 JSW

#1993 v1