Leemore Libesman (State Bar No. 221969)
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5826
Telephone: (213) 572-4300
Facsimile: (213) 572-4400

Attorneys for Plaintiffs
MAVERICK RECORDING CO.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; ATLANTIC RECORDING CORP.; and BMG MUSIC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES CURTIS,<br><br>Defendant. | Case No.: C 05-3848 JSW<br><br>Honorable Jeffrey S. White<br><br>***EX PARTE*** **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1

*EX PARTE* APPLICATION; [PROPOSED] ORDER
Case No. C 05-3848 JSW

#2213 v1

Plaintiffs hereby request that this court continue the Case Management Conference scheduled for June 30, 2006 at 1:30 p.m. to August 25, 2006. The parties have come to a settlement-in-principle but the finalized settlement documents have not yet been executed. Plaintiffs and Defendant are continuing to finalize the settlement, and it is not expected that the present settlement-in-principle will dissolve. Thus, no pretrial scheduling or case management need be completed at the date scheduled. Plaintiffs therefore request that the Court continue the case management conference to August 25, 2006, so that parties may finalize the terms of their settlement. Plaintiffs further request that all other deadlines set in this action be continued, for the same reasons, as follows:

1. Parties are to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan by August 4, 2006.

2. Parties are to file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference by August 4, 2006.

3. Initial Disclosures, Case Management Statements and the parties' Rule 26(f) Report are due by August 18, 2006.

Dated: June 26, 2006　　　　　　　　　　　　HOLME ROBERTS & OWEN LLP

By: /s/ Leemore Libesman
Leemore Libesman
Attorneys for Plaintiffs
MAVERICK RECORDING CO.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; ATLANTIC RECORDING CORP.; and BMG MUSIC

<u>**ORDER**</u>

Good cause having been shown:

**IT IS ORDERED** that the Case Management Conference previously set for June 30, 2006, is continued to August 25, 2006 at 1:30 p.m. Parties are to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan by August 4, 2006. Parties are to file a Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference on August 4, 2006. Completion of Initial Disclosures, filing of Case Management Statements and the filing and service of the Rule 26(f) Report are due by August 18, 2006.

Dated: __June 29, 2006__         By: _____/s/ Jeffrey S. White_____
                                        Honorable Jeffrey S. White
                                        United States District Judge

---

3

*EX PARTE* APPLICATION; [PROPOSED] ORDER
Case No. C 05-3848 JSW

#2213 v1