Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, Ca 90017-5826
Telephone: 213.572.4300
Facsimile: 213.572.4400
thomas.kerr@hro.com

Attorneys for Plaintiffs
MAVERICK RECORDING CO.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; ATLANTIC RECORDING CORP.; AND BMG MUSIC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and BMG MUSIC, a New York general partnership,, <br><br> Plaintiff, <br> v. <br><br> JAMES CURTIS, <br><br> Defendant. | Case No.: 3:05-CV-03848-JL <br><br> Honorable Jeffrey S. White <br><br> ***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |

1  Plaintiffs hereby request that this court continue the Case Management Conference scheduled
2  for August 25, 2006 at 1:30 p.m. to September 29, 2006.  Defendant has not yet answered Plaintiffs'
3  complaint, however, the parties have reached a settlement in this action and are in the process of
4  finalizing the documentation.  Therefore, no pretrial scheduling or case management need to be
5  completed at the date originally scheduled.  Plaintiffs further request that all other deadlines set in
6  this action be continued, for the same reasons, as follows:

   1. Parties are to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan by September 8, 2006.

   2. Parties are to file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference by September 8, 2006.

   3. Initial Disclosures, Case Management Statements and the parties' Rule 26(f) Report are due by September 22, 2006.

Dated:  August 18, 2006                    HOLME ROBERTS & OWEN LLP


                                            By:      */s/ Thomas M. Kerr*
                                                  Thomas M. Kerr
                                                  Attorneys for Plaintiffs
                                                  MAVERICK RECORDING CO.; VIRGIN
                                                  RECORDS AMERICA, INC.; WARNER BROS.
                                                  RECORDS INC.; SONY BMG MUSIC
                                                  ENTERTAINMENT; UMG RECORDINGS,
                                                  INC.; ATLANTIC RECORDING CORP.; AND
                                                  BMG MUSIC

#2718 v1

*EX PARTE* APPLICATION; [PROPOSED] ORDER
Case No. 3:05-CV-03848-JL

## **ORDER**

Good cause having been shown:

**IT IS ORDERED** that the Case Management Conference previously set for August 25, 2006, is continued to September 29, 2006 at 1:30 p.m. Parties are to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan by September 8, 2006. Parties are to file a Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference on September 8, 2006. Completion of Initial Disclosures, filing of Case Management Statements and the filing and service of the Rule 26(f) Report are due by September 22, 2006.

Dated: August 21, 2006

By: _____
Honorable ~~Ronald M. Whyte~~ Jeffrey S. White
United States District Court Judge

3

*EX PARTE* APPLICATION; [~~PROPOSED~~] ORDER
Case No. 3:05-CV-03848-JL

#2718 v1