Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: 415.268.2000
Facsimile: 415.268.1999
tom.kerr@hro.com

Attorneys for Plaintiffs
MAVERICK RECORDING CO.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; ATLANTIC RECORDING CORP.; AND BMG MUSIC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and BMG MUSIC, a New York general partnership,,<br><br>      Plaintiff,<br><br>  v.<br><br>JAMES CURTIS,<br><br>      Defendant. | Case No.: 3:05-CV-03848-JSW<br><br>Honorable Jeffrey S. White<br><br>***EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br>AS MODIFIED |

1    Plaintiffs hereby request that the Court vacate the case management conference currently set
2  for September 29, 2006, at 1:30 p.m. Defendant have failed to answer or appear in this action, and
3  Plaintiffs have requested a Clerk's Entry of Default, filed together with this *ex parte* application.
4  The parties were in settlement discussions in this matter, however Plaintiffs have since lost contact
5  with defendant and a settlement is no longer possible. Plaintiffs expect to file a motion for default
6  judgment in the next sixty (60) days. Plaintiffs respectfully request that the Court vacate the case
7  management conference currently set for September 29, at 1:30 p.m.

8  Dated: September 15, 2006                HOLME ROBERTS & OWEN LLP

By:        */s/ Thomas M. Kerr*
Thomas M. Kerr
Attorneys for Plaintiffs
MAVERICK RECORDING CO.; VIRGIN
RECORDS AMERICA, INC.; WARNER BROS.
RECORDS INC.; SONY BMG MUSIC
ENTERTAINMENT; UMG RECORDINGS,
INC.; ATLANTIC RECORDING CORP.; AND
BMG MUSIC

## **ORDER**

Good cause having been shown:

**IT IS ORDERED** that the Case Management Conference previously set for September 29, 2006, at 1:30 p.m. is hereby ~~vacated~~   CONTINUED to December 1, 2006 at 1:30 p.m.

Dated:  September 18, 2006            By: _____/s/ Jeffrey S. White_____
                                            Honorable Jeffrey S. White
                                            United States District Court Judge